IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DUSTIN LONDELL HENDERSON,

    **Plaintiff,**

v.                                         CASE NO. 25-3153-JWL

KATIE MEISTER, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case. Plaintiff is a federal prisoner incarcerated at Florence – USP High in Florence, Colorado.

The complaint identifies the defendants as: Katie Meister, Kansas City, Missouri Field Officer for Federal Probation and Parole; and Steve Aguilar, Kansas City, Missouri Federal Probation Officer. Plaintiff alleges that the Defendants failed to do their duty to ensure that Plaintiff's change of address and paperwork were processed correctly in Kansas City, Missouri. (Doc. 1, at 3.) Plaintiff alleges that this caused a faulty warrant to be issued which resulted in his illegal arrest and detention.[1] Plaintiff's allegations in the complaint are based on actions allegedly taken in Kansas City, Missouri. Plaintiff also states that the two defendants are citizens of Kansas City, Missouri.

Under 28 U.S.C. § 1391(b):

    A civil action may be brought in –

    (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

---

[1] Plaintiff has a filed a separate case based on his arrest and detention. *See Henderson v. Leavenworth Cty. Sheriff's Dep't*, Case No. 25-3152-JWL (D. Kan.).

> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Missouri under 28 U.S.C. § 1391(b). Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the Western District of Missouri. Whether Plaintiff should proceed further and without prepayment of fees (Doc. 2) are determinations left for the receiving court.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED**.

**Dated August 11, 2025, at Kansas City, Kansas.**

                                      **S/ John W. Lungstrum**
                                      **JOHN W. LUNGSTRUM**
                                      **UNITED STATES DISTRICT JUDGE**